**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN P. HARRIS,<br><br>           Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | Case No. 1:16-cv-00384-SMS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By motion filed March 20, 2016, Plaintiff Stan P. Harris, by his attorney, Jacqueline Anna Forslund, seeks to proceed *in forma pauperis*.[1] Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue a summons along with new case documents. The United States Marshal is directed to serve a copy of the complaint, summons and this order upon the Commissioner as directed by Plaintiff.

IT IS SO ORDERED.

   Dated:   **March 22, 2016**            **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff did not include the names of the plaintiff and defendant and the case number in the caption of his application.