1 JACQUELINE A. FORSLUND
Forslund Law, LLC
2 CSBN 154575
P.O. Box 4476
3 Sunriver, OR  97707
4 Telephone:     541-419-0074
Fax:               541-593-4452
5 Email:           jaf@forslundlaw.com

6 Attorney for Plaintiff

7

8                       UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF CALIFORNIA
9

10 STAN P. HARRIS,                          )    Case No.  1:16-cv-00384-GSA
                                            )
11        Plaintiff                         )    **STIPULATION AND**
                                            )    **ORDER FOR EXTENSION OF TIME**
12 v.                                       )    **TO FILE PLAINTIFF'S OPENING**
                                            )    **BRIEF**
13 CAROLYN W. COLVIN,                       )
14 Acting Comm'r of Social Security,        )
                                            )
15        Defendant                         )
                                            )
16                                          )
   _____  )
17

18

19        IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend

20 the time 45 Days to December 12, 2016, for Plaintiff to file his Opening Brief, in accordance with the

21 Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested because of

22 Plaintiff's counsel's 9th Circuit briefing schedule and a backlog in her District Court briefing schedule.

23

24

25

26

27

28

**Harris v. Colvin**                    **Stipulation and Order**              **E.D. Cal. 1-16-cv-00384-GSA**

1    The parties further stipulate that the Court's Scheduling Order be modified

2    accordingly.

3

4
                                            Respectfully submitted,
5

6

7    Date: October 19, 2016                 JACQUELINE A. FORSLUND
                                            Attorney at Law
8

9                                            */s/Jacqueline A. Forslund*
10                                           JACQUELINE A. FORSLUND

11                                           Attorney for Plaintiff

12

13
     Date:  October 19, 2016                 PHILIP A. TALBERT
14                                           Acting United States Attorney
                                            DEBORAH STACHEL
15                                           Regional Chief Counsel, Region IX
                                            Social Security Administration
16

17                                           */s/Chantal R. Jenkins*
                                            CHANTAL R. JENKINS
18                                           Special Assistant United States Attorney
                                            *By email authorization
19

20                                           Attorney for Defendant

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

**Harris v. Colvin**              **Stipulation and Order**          **E.D. Cal. 1-16-cv-00384-GSA**

1

<u>ORDER</u>

2

Pursuant to the parties' stipulation, Plaintiff's Opening Brief shall be filed no later than

3

**December 12, 2016**.  All other dates in the Scheduling Order issued on March 23, 2016 (Doc. 5) are

4

modified accordingly.

5

6

7

IT IS SO ORDERED.

8

Dated:   **October 21, 2016**          **/s/ Gary S. Austin**

9

UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Harris v. Colvin**                    **Stipulation and Order**              **E.D. Cal. 1-16-cv-00384-GSA**